In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under a Trust Agreement Made by EDUARDO H. GATO, JR., Respondent. HERBERT R. CABRERA, as Administrator of the Estate of EDUARDO H. GATO, JR., et al., Respondents; FRANK E. H. GATO et al., Infants, by ARTHUR J. O'LEARY, Their Guardian ad Litem, Appellants.

Argued May 29, 1950; decided July 11, 1950.

*Arthur J. O'Leary,* guardian ad litem for Frank E. H. Gato and another, appellants.

*Norris Darrell, Hubert J. De Lynn* and *Charles G. Rodman* for respondents.

*Otis T. Bradley* for petitioner-respondent.

*Robert Thrun* and *Martin D. Jacobs* for Mabel S. Ingalls, *amicus curiæ.*

*William F, Bleakley, Joseph Walker, Horace N. Taylor, Arthur P. West* and *Charles L. Brieant* for H. Edward Manville, Jr., *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.